# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO HAWLEY, | : | Civil No. 3:23-CV-1434 |
| Plaintiff, | : | |
| v. | : | |
| BOBBI JO SALAMON, et al., | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

# ORDER

AND NOW, this 23d day of May 2024, in accordance with the accompanying Memorandum IT IS ORDERED that the defendants' motion to stay discovery pending the resolution of the outstanding motion to dismiss, (Doc. 51), is GRANTED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge