## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO HAWLEY,** | : | **Civil No. 3:23-CV-1434** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Judge Munley)** |
| | : | |
| **WARDEN BOBBI JO SALAMON,** | : | |
| **et al.,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 7th day of April 2026, in accordance with the accompanying Memorandum, IT IS ORDERED that the plaintiff's motions to compel (Docs. 155, 157) are GRANTED in part and DENIED in part as follows: We GRANT the motion to compel, (Doc. 155) which seeks information relevant to spoliation issues and standards of cleanliness in inmate cells. To the extent such information exists and has not been produced, the defendants shall supplement their responses to these interrogatories on or before **May 5, 2026**. We DENY the motion to compel (Doc. 157) which seeks further responses to Hawley's requests for admission.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

11